IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Terry H. Herrick<br>aka Terry Hood Herrick<br>aka Terry Herrick<br><br>                Debtor 1<br><br>Jack N Zaharopoulos, Trustee<br><br>  vs.               Movant(s)<br><br>Terry H. Herrick<br>aka Terry Hood Herrick<br>aka Terry Herrick<br><br>                Respondent(s) | Chapter: 13<br><br>Case No.: 1:25-bk-00666-HWV |

## **ORDER**

Upon consideration of the Trustee's Certificate of Default, Doc. 39, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

 

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 3, 2025