# Notice Recipients

District/Off: 0314–1　　　　　　　User: AutoDocketer　　　　　　Date Created: 12/3/2025

Case: 1:25–bk–00666–HWV　　　　Form ID: pdf010　　　　　　　Total: 24

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr　　　　　Nationstar Mortgage LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Daniel Philip Jones | djones@sterneisenberg.com |
| aty | Steven K Eisenberg | seisenberg@sterneisenberg.com |
| aty | William C Cramer | attorneycramer@williamcramer.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db　　　　　Terry H. Herrick　　　6596 Lincoln Way West　　　Saint Thomas, PA 17252

cr　　　　　Lakeview Loan Servicing, LLC　　　Stern & Eisenberg, PC　　　1581 Main Street, Suite 200　　　Warrington, PA 18976 UNITED STATES

5695774　　Better Living Now　　　400 Oser Ave., Ste. 1950　　　Hauppauge, NY 11788

5695775　　Capital One　　Attn: Payment Processing　　P.O. Box 71083　　　Charlotte, NC 28272

5713571　　Capital One N.A.　　by AIS InfoSource LP as agent　　PO Box 71083　　　Charlotte, NC 28272–1083

5695776　　Credit One　　P.O. Box 60500　　City of Industry, CA 91716–0500

5695777　　Elan Financial Services　　P.O. Box 790084　　Saint Louis, MO 63179–0084

5707477　　Jefferson Capital Systems LLC　　PO Box 7999　　St. Cloud, MN 56302–9617

5695778　　KML Law Group, P.C.　　BNY Mellon Independence Center　　701 Market Street, Ste. 5000　　Philadelphia, PA 19106

5698785　　LVNV Funding, LLC　　Resurgent Capital Services　　PO Box 10587　　Greenville, SC 29603–0587

5713726　　Lakeview Loan Servicing, LLC　　c/o Nationstar Mortgage LLC Attn: Bankru　　PO Box 619096　　Dallas, TX 752619741

5695779　　Lakeview Loan Servicing, LLC　　c/o Nationstar Mortgage, LLC　　8950 Cypress Water Bld.　　Coppell, TX 75019

5709916　　Lakeview Loan Servicing, LLC　　c/o Stern & Eisenberg, PC　　1581 Main Street, Ste. 200　　The Shops at Valley Square　　Warrington, PA 18976

5698816　　MERRICK BANK　　Resurgent Capital Services　　PO Box 10368　　Greenville, SC 29603–0368

5700391　　Nationstar Mortgage LLC　　c/o ALDRIDGE PITE, LLP　　3333 Camino del Rio South, Suite 225　　San Diego, CA 92108

5695780　　One Main Financial　　601 NW 2nd Street　　Evansville, IN 47708–1013

5703922　　OneMain Financial　　PO Box 3251　　Evansville, IN 47731

5701878　　U.S. Bank NA dba Elan Financial Services　　Bankruptcy Department　　PO Box 108　　Saint Louis MO 63166–0108

TOTAL: 18